UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 18-01415 |
| | ) | |
| DARLENE AND SALVATORE DRAGOTTA, | ) ) | Chapter: 7 |
| | ) | Honorable Jacqueline Cox |
| | ) | |
| Debtor(s) | ) | |

## ORDER REGARDING MOTION OF THE UNITED STATES TRUSTEE TO REOPEN CASE PURSUANT TO 11 U.S.C. § 350 AND TO APPOINT TRUSTEE

This matter is coming to be heard on the U.S. Trustee's Motion for Order Reopening Case Pursuant to 11 U.S.C. § 350 and to Appoint Trustee. For the reasons stated from the bench; sufficient notice having been given; and the Court having jurisdiction over the parties and the subject matter of the motion; and the Court being fully advised in the premises:

IT IS HEREBY ORDERED:

1. The Motion is granted
2. This case is reopened; and,
3. The U.S. Trustee is authorized to appoint a Chapter 7 Trustee, if necessary.

Enter:

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: 5-21-19

**Prepared by:**
Adam G. Brief, Assistant U.S. Trustee
United States Department of Justice
Office of the United States Trustee
219 South Dearborn, Room 873
Chicago, Illinois 60604
Telephone: (312) 886-2805

Rev: 20170105_bko