Darelene Dragotta
Salvatore Dragotta
5642 N. Vine Ave.
Chicago, IL 60631

Via U.S. Mail

May 16, 2019

Clerk
U.S. Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL 60604

**In re:   Darlene Dragotta and Salvatore Dragotta, Case No.: 18-01415**
**Change of address for both debtors**

Dear Sir/Madam:

The United States Trustee has filed a motion to reopen our case. Please update our case to reflect our correct address for my husband and I, which is as follows:

5642 N. Vine Ave.
Chicago, IL 60631

Very truly yours,

Darlene Dragotta