UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   18-01415 |
| | ) | |
| DARLENE AND SALVATORE | ) | Chapter: 7 |
| DRAGOTTA, | ) | Honorable Jacqueline P Cox |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER AUTHORIZING RULE 2004**
**EXAMINATION OF THE DEBTOR(S)**

This matter coming before the Court for a hearing on the U.S. Trustee's Motion for 2004 Examination of the Debtor(s), the matter having been duly noticed and good cause appearing;

IT IS ORDERED that the motion is granted and the U.S. Trustee may conduct discovery of the Debtor(s) under Fed. R. Bankr. P. 2004.

Enter:

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated:  June 12, 2019

**Prepared by:**

Adam G. Brief, Assistant U.S. Trustee
United States Department of Justice
Office of the United States Trustee
219 South Dearborn, Room 873
Chicago, Illinois  60604
Telephone: (312) 886-2805